Fill in this information to identify your case:

Debtor 1: **Rafael** (First Name) **** (Middle Name) **Mena, III** (Last Name)

Debtor 2 (Spouse, if filing): **Gabriela** (First Name) **Eleonora** (Middle Name) **Mena** (Last Name)

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **20-20282**

☑ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|     | Total claim | Priority amount | Nonpriority amount |
|-----|-------------|-----------------|--------------------|

**2.1**

Priority Creditor's Name
_____
Number    Street
_____
_____
City          State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   **Rafael Mena, III**
Debtor 2   **Gabriela Eleonora Mena**                                  Case number (if known)   **20-20282**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|
| **4.1** | **$35,000.00** |

**Beltline at Howell Mill, LLC**
Nonpriority Creditor's Name
**410 Chickamauga Ave, Ste 300**
Number     Street

**Rossville**               **GA**     **307 141349**
City                         State      ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**Civil Suit 12C107   9**

Last 4 digits of account number   **1  0  7  9**
When was the debt incurred?   **4/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Default Judgment**

|  | |
|---|---|
| **4.2** | **$1,714.00** |

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 30285**

**Salt Lake City**           **UT**     **84130**
City                         State      ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1  3  7  7**
When was the debt incurred?   **01/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

Debtor 1    **Rafael Mena, III**
Debtor 2    **Gabriela Eleonora Mena**                                   Case number (if known)  20-20282

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**                                                                                         **$70,334.20**

**Collins Asset Group, LLC**
Nonpriority Creditor's Name
**5725 Hwy 290**
Number     Street

**Austin**            **TX**    **78735**
City                  State     ZIP Code

Last 4 digits of account number   7  7  8  H
When was the debt incurred?   **8/15/2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Default Judgment**

Is the claim subject to offset?
☐ No
☒ Yes

**Civil Suit**
**Cousins Home Lending, Inc.**
**55 Harbor View Rd**
**Limerick, ME 04048**

**4.4**                                                                                         **$457.00**

**Kohls/Capital One**
Nonpriority Creditor's Name
**Attn: Credit Administrator**
Number     Street
**PO Box 3043**

**Milwaukee**         **WI**    **53201**
City                  State     ZIP Code

Last 4 digits of account number   3  6  9  1
When was the debt incurred?   **05/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Charge Account**

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor 1 | Rafael Mena, III |
|---|---|
| Debtor 2 | Gabriela Eleonora Mena |

Case number (if known) **20-20282**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.5** — $2,209.00

**Marcos D. Oliva, PC**
Nonpriority Creditor's Name
**223 W Nolana Ave**
Number     Street

**McAllen**        **TX**   **78504**
City           State   ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred?   **08/31/2020**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Attorney Fees**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.6** — $592.00

**Midland Funding Llc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 939069**

**San Diego**        **CA**   **92193**
City           State   ZIP Code

Last 4 digits of account number  **0 0 3 3**
When was the debt incurred?   **01/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Factoring Company Account**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.7** — $907.00

**Portfolio Recovery**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**120 Corporate Blvd**

**Norfolk**        **VA**   **23502**
City           State   ZIP Code

Last 4 digits of account number  **1 2 0 1**
When was the debt incurred?   **12/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Factoring Company Account**

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor 1 Rafael Mena, III
Debtor 2 Gabriela Eleonora Mena                                    Case number (if known)  20-20282

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Grant, Konvalinka & Harrison, PC**
Name
**633 Chestnut Street**
Number   Street
**Ninth Floor, Republic Centere**

**Chattanooga        TN    37450-0900**
City                State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**JPMorgan Chase Bank N.A.**
Name
**National Bankruptcy Department**
Number   Street
**PO Box 29505 AZ1-1191**

**Phoenix            AZ    85038-9505**
City                State  ZIP Code

**Default Judgment for Civil Suit**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line _____ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
**Purchase Money**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  6  1  0  4

---

**Linda Gimbel Court Appointed Receiver**
Name
**19179 Blanco Rd., Ste. 422**
Number   Street

**San Antonio        TX    78258**
City                State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Noack Law Firm**
Name
**24165 IH-10 West, Ste. 217418**
Number   Street

**San Antonio        TX    78257**
City                State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

**Patrick, Beard, Schulman & Jacoway, PC**
Name
**Attorneys for Beltline at Howell Mill**
Number   Street
**5374 Market Street, Suite 202**

**Chattanooga        TN    37402**
City                State  ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1   **Rafael Mena, III**
Debtor 2   **Gabriela Eleonora Mena**                                           Case number (if known) __20-20282__

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. $0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | Total. Add lines 6a through 6d. | 6d. $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. $0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $111,113.20 |
|  | 6j. | Total. Add lines 6f through 6i. | 6j. $111,113.20 |

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims                  page 6

**Fill in this information to identify your case:**

Debtor 1: **Rafael** **Mena, III**
First Name / Middle Name / Last Name

Debtor 2: **Gabriela** **Eleonora** **Mena**
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **20-20282**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Rafael Mena, III**
Rafael Mena, III, Debtor 1

Date **09/16/2020**
MM / DD / YYYY

X **/s/ Gabriela Eleonora Mena**
Gabriela Eleonora Mena, Debtor 2

Date **09/16/2020**
MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules    page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: **Rafael Mena, III**
**Gabriela Eleonora Mena**

CASE NO. **20-20282**

CHAPTER **7**

## Certificate of Service

I hereby certify that on September 16, 2020 Amended Schedule B, C, C-1, I, J and Declaration of Schedules was served on the following parties on the date it was electronically filed. Service was accomplished by regular mail, unless otherwise requested by electronic mailing, to the following:

Date: __9/16/2020__

/s/ Marcos D. Oliva
**Marcos D. Oliva**
Attorney for the Debtor(s)

AmeriCredit/GM Financial
xxxxxxxx2579
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096

Kohls/Capital One
xxxxxxxxxxx3691
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

PennyMac Loan Services, LLC
xxxxxxxxxxx8875
Attn: Correspondence Unit
PO Box 514387
Los Angeles, CA 90051

Beltline at Howell Mill, LLC
xxx1079
410 Chickamauga Ave, Ste 300
Rossville, GA 30741-1349

Linda Gimbel Court Appointed Receiver
19179 Blanco Rd., Ste. 422
San Antonio, TX 78258

Portfolio Recovery
xxxxxxxxxxx1201
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Capital One
xxxxxxxxxxxx1377
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Marcos D. Oliva, PC
223 W Nolana Ave
McAllen, TX 78504

T-Mobile
12920 SE 38th Street
Bellevue, WA 98006

Collins Asset Group, LLC
xxxx-xxx-x778-H
5725 Hwy 290
Austin, TX 78735

Midland Funding Llc
xxxxxx0033
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

Grant, Konvalinka & Harrison, PC
633 Chestnut Street
Ninth Floor, Republic Centere
Chattanooga, TN 37450-0900

Noack Law Firm
24165 IH-10 West, Ste. 217-418
San Antonio, TX 78257

JPMorgan Chase Bank N.A.
xxxxxxxxxxx6104
National Bankruptcy Department
PO Box 29505 AZ1-1191
Phoenix, AZ 85038-9505

Patrick, Beard, Schulman & Jacoway, PC
Attorneys for Beltline at Howell Mill
5374 Market Street, Suite 202
Chattanooga, TN 37402